■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANAND MANGRU, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on February 14, 1989, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Milonas, Rosenberger and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KIMBROUGH, Appellant.—Judgment, Supreme Court, New York County (Rose Rubin, J.), rendered on March 29, 1988, unanimously affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MODESTO MARINE, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on April 6, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Smith, JJ.